1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation,<br><br>      Plaintiff,<br><br>v.<br><br>SUN COAST GENERAL INSURANCE AGENCY, INC., a California corporation,<br><br>      Defendant. | Case No.: 8:19-cv-01947-JLS-DFM<br><br><br>**JUDGMENT IN FAVOR OF PLAINTIFF SCOTTSDALE INDEMNITY COMPANY** |

The Court, having granted Plaintiff Scottsdale Indemnity Company's ("Scottsdale") Motion for Summary Judgment (the "Motion") (Doc. 70)   HEREBY ORDERS:

1. Judgment is entered in favor of Scottsdale and against Defendant Sun Coast General Insurance Agency, Inc. ("Sun Coast") on Count VII of Scottsdale's First Amended Complaint for rescission;

2. The Insurance Agents and Brokers Professional Liability Insurance Policy, No. ABI-0003470, issued by Scottsdale to Sun Coast effective for the period from June 21, 2017 to June 21, 2018 (the "2017–2018 Policy") is hereby rescinded under Cal. Ins. Code §§ 330, 331, 358, 359, *et seq.* and is deemed void *ab initio*;

3. Upon Scottsdale's return to Sun Coast of the premiums paid by Sun Coast for the 2017-2018 Policy, Sun Coast must pay to Scottsdale any and all amounts that Scottsdale has paid to or on behalf of Sun Coast under the 2017-2018 Policy and interest thereon; and

4. Because the 2017-2018 Policy is rescinded, there is no coverage for the Underlying Action under the 2017-2018 Policy.

IT IS SO ORDERED.

Dated: January 13, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE